OVID PINNEY *vs.* WILLIAM S. KING & another.

May 4, 1875.

Complaint on Promissory Note.—A complaint upon a promissory note need not allege that it was given for a consideration.

Appeal by defendants from a judgment of the court of

common pleas for Hennepin county, *Young*, J., presiding, rendered on a demurrer to the complaint.

*Merrick & Morrison*, for appellants.

*J. Guilford*, for respondent.

GILFILLAN, C. J.   The only point raised here, to support the demurrer to the complaint, is, that the complaint does not allege a consideration for the promissory note sued on. A consideration is presumed.   Judgment below affirmed.